# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-19-00739-CV

---

### In re Michael Quinn Sullivan

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### O R D E R

**PER CURIAM**

Relator Michael Quinn Sullivan has filed a petition for writ of mandamus and an emergency motion for temporary relief. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion and temporarily stay the trial court's October 16, 2019 order pending further order of this Court. *See id.* 52.10(b). In response, the real parties in interest have informed the Court that a hearing is currently scheduled for October 30, 2019, on relator's TCPA motion to dismiss and his Rule 91a motion to dismiss. On the Court's own motion, we stay only the hearing on relator's TCPA motion to dismiss. *See id.* No other proceedings, including the hearing on relator's Rule 91a motion to dismiss, are stayed. The Court orders the real parties in interest to file a response to the petition for writ of mandamus on or before October 31, 2019.

It is ordered on October 21, 2019.

Before Justices Goodwin, Baker, and Kelly